**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Thomas W. FAIRCLOTH,**
**Defendant–Appellant.**

**No. 14–14899**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

May 12, 2016.

Michelle Lee Schieber, Michael J. Moore, U.S. Attorney, U.S. Attorney's Office, Macon, GA, Jim Crane, United States Attorney's Office, Albany, GA, for Plaintiff–Appellee.

Martin J. Vogelbaum, Federal Public Defender's Office, Macon, GA, for Defendant–Appellant.

Before TJOFLAT, HULL and JILL PRYOR, Circuit Judges.

PER CURIAM:

Jonathan Dodson, appointed counsel for Thomas Faircloth in this direct criminal appeal, has filed a motion to withdraw from further representation of the appellant and filed a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Faircloth's conviction and sentence are **AFFIRMED.**